[No. 16532-9-III.    Division Three.    March 5, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. JOSEPH L. HOLLAND, *Appellant*.

Appeal from a judgment of the Superior Court for Walla Walla County, No. 96-1-00340-6, Donald W. Schacht, J., entered March 5, 1997. *Affirmed* by unpublished opinion per Kato, J., concurred in by Kurtz, A.C.J., and Brown, J.

[No. 19825-8-II.    Division Two.    March 6, 1998.]

THE STATE OF WASHINGTON, *Respondent*, v. VINCENT JAMAL SHERRILL, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 94-1-02224-7, Waldo F. Stone, J., entered August 4, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.

[No. 20253-1-II.    Division Two.    March 6, 1998.]

*In the Matter of the Detention of* DONALD CLEWLEY.

Appeal from a judgment of the Superior Court for Pierce County, No. 93-2-02802-0, Vicki L. Hogan, J., entered November 27, 1995. *Affirmed* by unpublished opinion per Seinfeld, J., concurred in by Morgan and Armstrong, JJ.

[No. 20342-1-II.    Division Two.    March 6, 1998.]

HAROLD RAY GRISWOLD, *Appellant*, v. JUDITH BILLINGS, ET AL., *Respondents*.

Appeal from a judgment of the Superior Court for Thurston County, No. 94-2-01382-1, Christine A. Pomeroy, J., entered December 27, 1995. *Affirmed* by unpublished opinion per Morgan, J., concurred in by Bridgewater, A.C.J., and Armstrong, J.